UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA WAHAB, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>JAAV, INC.,<br><br>       Defendant. | 24-CV-1959 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On March 19, 2024, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference.  To date, no letter has been filed.

The parties shall submit their joint letter no later than June 21, 2024.  Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   May 30, 2024
      New York, New York

                                 _____
                                 Hon. Ronnie Abrams
                                 United States District Judge