UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA WAHAB, on behalf of herself and all others similarly situated,<br><br>                      Plaintiff,<br><br>                      v.<br><br>JAAV, INC.,<br><br>                      Defendant. | No. 24-cv-1959 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days. Any application to reopen this action must be filed within sixty (60) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same sixty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015). All other deadlines in this action are hereby adjourned. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:      June 20, 2024
                New York, New York

                                                                               _____
                                                                               Hon. Ronnie Abrams
                                                                               United States District Judge